**Appeal Dismissed and Memorandum Opinion filed March 14, 2023.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00883-CV

## BARKER CROSSING CLA PARTNERS, LTD., RIVERSTONE CLA PARTNERS LTD., LASCO DEVELOPMENT CORPORATION, CALCO ADA, LTD., AND LARY SELIGMANN, Appellants

### V.

## VERITEX COMMUNITY BANK, Appellee

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-15932**

## MEMORANDUM OPINION

This appeal is from an order signed September 1, 2022. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On December 30, 2022, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within

fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On February 16, 2023, appellant was ordered to provide this court with proof of payment for the record on or before February 27, 2023. *See* Tex. R. App. P. 35.3(c). In the order, the court notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Bourliot, Hassan, and Poissant.